Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
Carol B. Ho, SBN 286972
LAW OFFICES OF NANCY E. HUDGINS
711 Van Ness Ave., Ste 450
San Francisco, CA 94102
415-979-0100
mmg@hudginslaw.com

Attorneys for Defendants Harold Orr, M.D., Corizon Health, Inc., and Beatriz Camberos, L.V.N.

Michael J. Haddad, SBN 189114
Julia Sherwin, SBN 189268
Genevieve Guertin, SBN 262479
T. Kennedy Helm, SBN 282319
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURIE DIGIANTOMASSO, et al. | Case No.: 14-cv-01633-GSA |
| Plaintiffs, | **STIPULATION AND ORDER RE. RESPONSE TO COMPLAINT** |
| vs. | |
| TULARE COUNTY, et al., | |
| Defendants. | |

The parties stipulate and agree that the Law Offices of Nancy E. Hudgins agrees to accept service by email of the complaint on behalf of Defendants Harold Orr, M.D., Corizon Health, Inc., and Beatriz Camberos, L.V.N.   The parties further stipulate and agree that these Defendants need not respond to Plaintiffs' initially filed complaint and instead will respond to Plaintiffs' forthcoming first amended complaint within 21 days of emailed service to defense counsel.   Plaintiffs will file the first amended complaint no later than December 17, 2014.

*DiGiantomasso, et al. v. Tulare County, et al.*   Case No.  14-cv-1633-GSA
Stipulation and Order Re Response to Complaint     1     DiGiantomasso/p/StipReComplaint/order
14k12

IT IS SO STIPULATED.

DATED: November 12, 2014          LAW OFFICES OF NANCY E. HUDGINS

*/s/ Carol B. Ho*
NANCY E. HUDGINS
MATTHEW M. GRIGG
CAROL B. HO
Attorneys for Defendants Defendants Harold Orr, M.D., Corizon Health, Inc., and Beatriz Camberos, L.V.N.

DATED:  November 12, 2014          HADDAD & SHERWIN

*/s/ Julia Sherwin*
JULIA SHERWIN
Attorneys for Plaintiffs

*Plaintiffs' counsel have consented to e-signing this document.*

## ORDER

Pursuant to the foregoing stipulation, the above-named Defendants need not respond to Plaintiffs' complaint filed on October 17, 2014.  Doc. 1.  Plaintiffs shall file an amended complaint no later than December 17, 2014; and the above-named Defendants shall file a responsive pleading within 21 days of service of the amended complaint via the Court's CM/ECF system and/or email to Defendants' counsel.

IT IS SO ORDERED.

Dated:  **November 20, 2014**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

*DiGiantomasso, et al. v. Tulare County, et al.*
Stipulation and Order Re Response to Complaint
14k12
2
Case No.  14-cv-1633-GSA
DiGiantomasso/p/StipReComplaint/order