James J. Arendt, Esq.     Bar No. 142937
Brande L. Gustafson, Esq.     Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
E-Mail: James@walaw-fresno.com
        Brande@walaw-fresno.com

Attorneys for Defendants, County of Kings, Sheriff David Robinson, Commander Kim Pedreiro, and Sgt. Sheri Henderson

Michael J. Haddad, SBN 189114
Julia Sherwin, SBN 189268
Genevieve Guertin, SBN 262479
T. Kennedy Helm, SBN 282319
HADDAD & SHERWIN, LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE DIGIANTOMASSO, et al., | ) CASE NO. 1:14-cv-01633-GSA |
| Plaintiff, | ) **STIPULATION AND ORDER REGARDING RESPONSE TO FIRST AMENDED COMPLAINT** |
| vs. | ) |
| TULARE COUNTY, et al., | ) Complaint Filed: October 17, 2014 |
| Defendants. | ) Trial Date: TBD |

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation & Order
Re: Response to First Amended Complaint          1

1  The parties stipulate and agree that Defendants County of Kings, Sheriff David Robinson, Commander Kim Pedreiro, and Sgt. Sheri Henderson will respond to Plaintiffs' First Amended Complaint no later than January 7, 2015.

IT IS SO STIPULATED.

DATE: December 9, 2014        WEAKLEY & ARENDT, LLP

By:   /s/ Brande L. Gustafson
James J. Arendt
Brande L. Gustafson
Attorneys for Defendants County of Kings,
Sheriff David Robinson, Commander Kim
Pedreiro, and Sgt. Sheri Henderson

DATE: December 9, 2014        HADDAD & SHERWIN, LLP

By:   /s/ Julia Sherwin
Michael J. Haddad
Julia Sherwin
Genevieve K. Guertin
T. Kennedy Helm
Attorneys for Plaintiffs

## ORDER

Pursuant to the foregoing stipulation, the above-named Defendants shall file a responsive pleading no later than January 7, 2015.

IT IS SO ORDERED.

Dated:   **December 11, 2014**           **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

Stipulation & Order
Re: Response to First Amended Complaint        2