MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs Laurie DiGiantomasso and Randy DiGiantomasso

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LAURIE DIGIANTOMASSO, et al., | ) | No: 1:14-cv-01633-MCE-GSA |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **STIPULATION AND PROPOSED ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS/STRIKE (DOCS. 27, 30, and 36)** |
| TULARE COUNTY, a public entity; et al., | ) ) | |
| Defendants. | ) ) | |

Case No. 1:14-cv-01633-MCE-GSA:  STIP. AND ORDER RE: HEARING DATE FOR MOTIONS TO DISMISS

1  The parties in this case, by and through their counsel of record, hereby stipulate, and request this Court to order, that the hearing on Corizon Defendants' Motion to Strike (Doc. No. 27), the Corizon Defendants' Motion to Dismiss (Doc. No. 30), and the Kings County Defendants' Motion to Dismiss (Doc. No. 36) be rescheduled from Thursday, February 19, 2015 at 2:00 p.m. to Thursday, April 2, 2015 at 2:00 p.m.

Good cause exists to reschedule the hearing date: on Monday, February 2, 2015, counsel for Plaintiffs and counsel for the Corizon Defendants will begin *M.H., et al. v. County of Alameda, et al.*, No. C11-2868 JST (MEJ) (N.D. Cal.) a wrongful death trial involving sixteen defendants that is estimated to last eight weeks (until about March 26, 2014).

The parties now stipulate and respectfully request that this Court modify the Minute Order of January 5, 2014 (Doc. 33) to reschedule Defendants' Motions to Dismiss (and Strike) (Docs. 27, 30, and 36) to be heard on Thursday, April 2, 2015 at 2:00 p.m.

SO STIPULATED:

DATED: January 12, 2015       HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*
JULIA SHERWIN
Attorneys for Plaintiffs LAURIE DIGIANTOMASSO and RANDY DIGIANTOMASSO

DATED: January 12, 2015       LAW OFFICES OF NANCY HUDGINS

/s/ *Matthew M. Grigg**
MATTHEW M. GRIGG
Attorneys for Defendants BEATRIZ CAMBEROS, L.V.N.; CORIZON HEALTH, INC.; VALITAS HEALTH SERVICES, INC.; CORIZON, LLC; and HAROLD W. ORR, JR., M.D.

Case No. 1:14-cv-01633-GSA: STIP. AND PROPOSED ORDER RE: HEARING DATE FOR MOTIONS TO DISMISS       1

| | | |
|---|---|---|
| DATED: January 12, 2015 | | WEAKLEY & ARENDT, LLP |

/s/ *Brande L. Gustafson*\*
BRANDE L. GUSTAFSON
Attorneys for Defendants COUNTY OF KINGS; SHERIFF DAVID ROBINSON; COMMANDER KIM PEDREIRO; and SERGEANT SHERI HENDERSON

DATED: January 12, 2015                TULARE COUNTY COUNSEL

/s/ *Kathleen A. Taylor*\*
KATHLEEN A. TAYLOR
Attorneys for Defendants TULARE COUNTY; SHERIFF-CORONER MIKE BOUDREAUX; and ERNIE CEBALLOS

DATED: January 12, 2015                BERTLING & CLAUSEN LLP

/s/ *Jemma Saunders*\*
JEMMA SAUNDERS
Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; DANIELLE ECKER; TAYLOR W. FITHIAN, M.D.; JANA CEARLEY; LINDA K. WEESNER; MEGAN E. NABORS; and MINNETTA F. COSTA

\*Mr. Grigg, Ms. Gustafson, Ms. Taylor, and Ms. Saunders provided their consent that this document be electronically filed.

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the February 19, 2015, hearing on the Corizon Defendants' Motion to Strike (ECF No. 27) and Motion to Dismiss (ECF No. 30), and the King County Defendants' Motion to Dismiss (ECF No. 36), is vacated and continued to April 2, 2015, at 2:00 p.m. in courtroom 7.

IT IS SO ORDERED.

Dated:  January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT