MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE DIGIANTOMASSO and RANDY DIGIANTOMASSO, Individually and as Co-Successors in Interest of Decedent SHAYMUS DIGIANTOMASSO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>KINGS COUNTY, a public entity; KINGS COUNTY SHERIFF-CORONER DAVID ROBINSON, in his individual and official capacity; KINGS COUNTY SHERIFF'S COMMANDER KIM PEDREIRO, in her individual and official capacity; KINGS COUNTY SHERIFF'S SERGEANT SHERRI HENDERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; TAYLOR FITHIAN, M.D.; MEGAN NABORS, L.V.N; DANIELLE ECKER; LINDA WEESNER, R.N.; MINNETTA COSTA, R.N.; JANA CEARLEY, L.P.T., and DOES 1–20, individually, jointly, and severally,<br><br>　　　　Defendants. | No: 1:14-cv-01633-MCE-EPG<br><br>**STIPULATION AND ORDER AMENDING CAPTION AND PRETRIAL SCHEDULING ORDER** |

Case No. 1:14-cv-01633-MCE-EPG: STIP AND ORDER AMENDING CAPTION AND SCHEDULING ORDER　　1

All parties, by and through their respective counsel, hereby stipulate and agree to amend the caption, and the Pretrial Scheduling Order, as follows:

This Court dismissed Defendants Tulare County and Corizon Health, Inc., and their employees from this action. (Doc. 61). The parties therefore stipulate and agree to amend the caption to provide for the correct listing of remaining Defendants in this matter, as set forth on the caption of this stipulation.

Further, the parties have agreed to an early mediation with the Honorable Raul A. Ramirez (Ret.), based only on the exchange of voluminous paper discovery, before conducting depositions. The only mediation date that worked with the calendars of the parties, counsel, and Judge Ramirez, was January 12, 2016. Trial in this matter is scheduled to begin March 13, 2017, more than a year from now. To accommodate the mediation, the parties propose amending the Pretrial Scheduling Order. This proposed amendment would not impact the trial or pretrial conference dates.

The current fact discovery cutoff is March 14, 2016. To conserve the time and resources of the parties, and limit attorneys' fees and costs incurred by all parties, the parties jointly request that the Pretrial Scheduling Order (Doc. 64) be amended as follows:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
| --- | --- | --- |
| Fact discovery cutoff | March 14, 2016 | August 1, 2016 |
| Expert disclosures | May 13, 2016 | August 15, 2016 |
| Rebuttal expert disclosures | June 2, 2016 | August 29, 2016 |
| Expert discovery cutoff (in time for filing dispositive motions) |  | September 15, 2016 |
| Settlement Conference | June 22, 2016 | August 24, 2016 |
| Dispositive motion filing (8 weeks before hearing per court order) | July 21, 2016 | October 6, 2016 |
| Dispositive motion hearing | September 15, 2016 | December 1, 2016 |

Dated: January 5, 2016                HADDAD & SHERWIN LLP

|  |  |
|---|---|
|  | /s/ Julia Sherwin_____<br>JULIA SHERWIN<br>Attorneys for Plaintiff |
| DATED: January 5, 2016 | WEAKLEY & ARENDT, LLP |
|  | /s/ Brande L. Gustafson*_____<br>JAMES J. ARENDT<br>BRANDE L. GUSTAFSON<br>Attorneys for Defendants COUNTY OF KINGS; SHERIFF DAVID ROBINSON; COMMANDER KIM PEDREIRO; and SERGEANT SHERI HENDERSON |
| DATED: January 5, 2016 | BERTLING & CLAUSEN LLP |
|  | /s/ Jemma Parker Saunders*_____<br>JEMMA PARKER SAUNDERS<br>Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; DANIELLE ECKER; TAYLOR W. FITHIAN, M.D.; JANA CEARLEY; LINDA K. WEESNER; MEGAN E. NABORS; and MINNETTA F. COSTA |

*Ms. Gustafson and Ms. Saunders provided their consent that this document be electronically filed.

**ORDER**

It is HEREBY ORDERED that the caption in this case and the Pretrial Scheduling Order be amended in accordance with the foregoing stipulation.

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT