MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE DIGIANTOMASSO and RANDY DIGIANTOMASSO, Individually and as Co-Successor in Interest of Decedent SHAYMUS DIGIANTOMASSO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>KINGS COUNTY, a public entity; KINGS COUNTY SHERIFF-CORONER DAVID ROBINSON, in his individual and official capacity; KINGS COUNTY SHERIFF'S COMMANDER KIM PEDREIRO, in her individual and official capacity; KINGS COUNTY SHERIFF'S SERGEANT SHERI HENDERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; TAYLOR FITHIAN, M.D.; MEGAN NABORS, L.V.N; DANIELLE ECKER; LINDA WEESNER, R.N.; MINNETTA COSTA, R.N.; JANA CEARLEY, L.P.T., and DOES 1–20, individually, jointly, and severally,<br><br>　　　　Defendants. | No:  1:14-cv-01633-MCE-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO QUASH KINGS COUNTY DEFENDANTS' SUBPOENAS**<br><br>(ECF No. 80) |

Case No. 1:14-cv-01633-MCE-EPG:

Plaintiffs and the Kings County Defendants, by and through their respective counsel, hereby stipulate to the following:

1. Plaintiffs' Motion to Quash the Kings County Defendants' Subpoenas (Doc. 77) is currently scheduled for hearing before this Court on January 22, 2016, at 10:00 a.m.
2. The parties believe that this matter is close to settlement, with the parties having participated in a mediation before the Honorable Raul A. Ramirez (Ret.) on January 12, 2016.
3. In light of the possible settlement, and to save attorneys' fees and costs, the parties agree to continue the hearing on Plaintiffs' Motion to Quash (Doc. 77) until Friday, February 19, 2016, at 10:00 a.m.
4. The parties' Joint Statement Re: Discovery Disagreement, as required by Eastern District Local Rule 251(c), would therefore be due on or before February 12, 2016.

SO STIPULATED

Dated:  January 22, 2016         HADDAD & SHERWIN LLP


                                 /s/ T. Kennedy Helm_____
                                 T. KENNEDY HELM
                                 Attorneys for Plaintiff


Dated: January 22, 2016          WEAKLEY & ARENDT, LLP


                                 /s/ Brande L. Gustafson*_____
                                 JAMES J. ARENDT
                                 BRANDE L. GUSTAFSON
                                 Attorneys for Defendants COUNTY OF KINGS;
                                 SHERIFF DAVID ROBINSON; COMMANDER KIM
                                 PEDREIRO; and SERGEANT SHERI HENDERSON

* Ms. Gustafson provided her consent that this document be electronically filed.

**ORDER**

Based on the above stipulation, the Court continues the hearing on the Second Amended Motion to Quash (ECF No. 77) to **February 19, 2016 at 10:00 a.m.** The Joint Statement re: Discovery Disagreement shall be due no later than February 12, 2016.

IT IS SO ORDERED.

Dated:   **January 25, 2016**                            /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE