MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

LAURIE DIGIANTOMASSO and RANDY DIGIANTOMASSO, Individually and as Co-Successors in Interest of Decedent SHAYMUS DIGIANTOMASSO,

    Plaintiffs,

vs.

KINGS COUNTY, a public entity; KINGS COUNTY SHERIFF-CORONER DAVID ROBINSON, in his individual and official capacity; KINGS COUNTY SHERIFF'S COMMANDER KIM PEDREIRO, in her individual and official capacity; KINGS COUNTY SHERIFF'S SERGEANT SHERRI HENDERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INCORPORATED, a California corporation; TAYLOR FITHIAN, M.D.; MEGAN NABORS, L.V.N; DANIELLE ECKER; LINDA WEESNER, R.N.; MINNETTA COSTA, R.N.; JANA CEARLEY, L.P.T., and DOES 1–20, individually, jointly, and severally,

    Defendants.

No: 1:14-cv-01633-MCE

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to settlement agreement of the parties, all parties, by and through their attorneys of record, hereby stipulate to the dismissal of this entire action, with all parties to bear their own costs and attorneys' fees.

Dated: April 7, 2016    HADDAD & SHERWIN LLP

/s/ Julia Sherwin
JULIA SHERWIN
Attorneys for Plaintiff

DATED: April 7, 2016    WEAKLEY & ARENDT, LLP

/s/ James J. Arendt
JAMES J. ARENDT
BRANDE L. GUSTAFSON
Attorneys for Defendants COUNTY OF KINGS; SHERIFF DAVID ROBINSON; COMMANDER KIM PEDREIRO; and SERGEANT SHERI HENDERSON

DATED: April 7, 2016    BERTLING & CLAUSEN LLP

/s/ Peter G. Bertling

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; DANIELLE ECKER; TAYLOR W. FITHIAN, M.D.; JANA CEARLEY; LINDA K. WEESNER; MEGAN E. NABORS; and MINNETTA F. COSTA

**ORDER**

Pursuant to the foregoing stipulation, the Court hereby orders the dismissal of this action, with all parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 13, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT